IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                                                                        No. 20-cv-0229 GJF/SMV

**$50,240.00 in United States Currency,**
**$6,109.00 in United States Currency,**
**$2,000.00 in United States Currency,**

    **Defendants.**

### ORDER GRANTING MOTION TO WITHDRAW

THIS MATTER is before the Court on Claimant's counsel's Unopposed Amended Motion to Withdraw as Attorney of Record [Doc. 13] ("Motion"), filed on February 26, 2021. Claimant has not filed any objections, and the time for doing so has passed. For the reasons stated below, the Court will grant the Motion.

Attorney Brock Benjamin ("Attorney") filed his Motion to withdraw as counsel on February 26, 2021. [Doc. 13]. In accordance with D.N.M.LR-Civ. 83.8(b), Attorney served his Motion on all parties, including his client, Claimant Trevon Harrison. *See* [Doc. 13] at 2. Additionally, the Motion provided notice to all parties, including his client, that objections must be filed within 14 days of February 26, 2021. *See id.*; D.N.M.LR-Civ. 83.8(b). The deadline for filing objections expired March 15, 2021, and Claimant Trevon Harrison filed no objections to the Motion.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Motion to Withdraw [Doc. 13] is **GRANTED**. Attorney Brock Benjamin is terminated as counsel in this

action. Claimant Trevon Harrison will proceed pro se. The Clerk is **DIRECTED** to update Claimant Trevon Harrison's contact information on the docket as follows: Claimant Trevon Harrison's address is 6507 Morganite Lane, Killeen, Texas 76542. His email address is youngprimetime.th@gmail.com. *Id.* at 2.

      **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**