UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                         No. 2:20-CV-1033 KWR-SMV

**$50,240.00 IN UNITED STATES CURRENCY, ET AL,**

    Defendants-in-rem.

## DEFAULT JUDGMENT AND ORDER OF FORFEITURE

**THIS MATTER** having come before the court on the United States of America's Motion for Default Judgment (Doc. 25) pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, the Court having reviewed the motion and other material matters on file and being fully advised in the premises, **FINDS**:

    1.    The statements contained in the Request for Clerk's Entry of Default ("Praecipe") (Doc. 23), the Clerk's Entry of Default (Doc. 24), and the Motion for Default Judgment (Doc. 25) are true.

    2.    This Court has jurisdiction over the parties to and the subject matter of this action and power to enter this Default Judgment.

**IT IS THEREFORE ORDERED** that Default Judgment is entered in favor of the United States as to Defendants.

**IT IS FURTHER ORDERED** that all right, title, and interest in the Defendant Currency is forfeited to the United States and title thereto is vested in the United States.

**IT IS SO ORDERED.**

                                                               **KEA W. RIGGS**
                                                                **UNITED STATES DISTRICT JUDGE**

Submitted by:
*/s/*
_____
KRISTOPHER DALE JARVIS
Assistant U.S. Attorney